# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John F. Grady | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 89 | **DATE** | 5/26/2010 |
| **CASE TITLE** | G.M. Signs Inc. Vs. ActiveCore Technologies, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 7/28/2010 at 11:00 a.m. The plaintiff is given leave to proceed with discovery as to defendant Andrew Wickett. All other remaining defendants are hereby voluntarily dismissed by the plaintiff.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|