# IN AND FOR THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| G.M. SIGN, INC., an Illinois corporation, individually and as the representative of a class of similarly situated persons, )<br><br>Plaintiff, )<br>v. )<br>)<br>)<br>ACTIVECORE TECHNOLOGIES, INC., )<br>PETER J. HAMILTON, STEPHEN )<br>LEWIS, S. STEVEN SMITH, ANDREW )<br>WICKETT, and EFREM AINSLEY, )<br>)<br>Defendants. ) | No. 09 CV 89 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a), Plaintiff, G.M. SIGN, INC., through its undersigned attorneys, hereby voluntarily dismisses this action without prejudice.

> G.M. SIGN, INC., individually and as the representative of a class of similarly-situated persons
>
> By:/s/Ryan M. Kelly
> One of Plaintiff's Attorneys

### Certificate of Service

I hereby certify that on January 24, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

[X] Under penalties as provided by law pursuant
    to 28 U.S.C. § 1746(2), I certify that the statements
    set forth herein are true and correct.
                                        /s/Ryan M. Kelly

| | |
|---|---|
| Brian J. Wanca<br>ANDERSON + WANCA<br>3701 Algonquin Road, Suite 760<br>Rolling Meadows, IL 60008<br>Telephone: 847/368-1500 | Phillip A. Bock<br>BOCK & HATCH, LLC<br>134 N. LaSalle Street, Suite 1000<br>Chicago, IL 60602<br>Telephone: 312/658-5500 |